■ CENTRAL NATIONAL BANK, CANAJOHARIE, Respondent, v TOM J. BUTLER, Appellant. (Appeal No. 1.) [740 NYS2d 922] —Appeal from an order of Supreme Court, Oneida County (Siegel, J.), entered September 25, 2001, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977). Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.